**UNITED STATES of America, Plaintiff-Appellee**

v.

**Juan Jesus HERNANDEZ, Defendant-Appellant**

**No. 16-50228 Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed January 11, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Juan Jesus Hernandez, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

Juan Jesus Hernandez, federal prisoner # 44338-177, challenges the denial of his 18 U.S.C. § 3582(c)(2) motion, in which he sought a reduction of his below-guidelines sentence for a drug offense based on Amendment 782 to the United States Sentencing Guidelines. He contends that the district court failed to explain its decision, give enough weight to his post-sentencing conduct, provide him with the revised pre-

sentence report, and consider sentencing disparities.

We review the denial of a § 3582(c)(2) motion for an abuse of discretion. *United States v. Evans*, 587 F.3d 667, 672 (5th Cir. 2009). The district court's order and statements at the hearing reflects its consideration of the § 3582(c)(2) motion, which was filed jointly with the Government, the policy statement under U.S.S.G. § 1B1.10, and the 18 U.S.C. § 3553(a) factors. Because the record shows that the district court gave due consideration to the § 3582(c)(2) motion and the § 3553(a) factors, Hernandez has not shown an abuse of discretion. *See United States v. Whitebird*, 55 F.3d 1007, 1009 (5th Cir. 1995).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.